# NO. 12-14-00085-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | |
|---|---|
| *COWBOY'S RETAIL & WHOLESALE BEVERAGE DISTRIBUTION, LLC, KYLE GILLIN AND GREAT AMERICAN TREATING, INC., APPELLANTS* | *APPEAL FROM THE* |
| *V.* § | *COUNTY COURT AT LAW #3* |
| *PEGGYE DAVIS, JIM DAVIS, JAY DAVIS AND RICHARD L. RAY, TRUSTEE, APPELLEES* § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellant perfected its appeal on December 18, 2013. The clerk's record was filed on April 9, 2014, making Appellant's brief due on or before May 9, 2014. When Appellant failed to file its brief by the due date, this court notified Appellant on June 5, 2014, that the brief was past due. The notice warned that if no motion for extension of time to file the brief was received by June 16, 2014, the appeal would be dismissed for want of prosecution under Texas Rule of Appellate Procedure 42.3(b). Further, the notice informed Appellant that the motion for extension of time must contain a reasonable explanation for its failure to file the brief and a showing that Appellee had not suffered material injury thereby.

To date, Appellant has neither complied with nor otherwise responded to this court's June 5, 2014 notice. Accordingly, we ***dismiss*** the appeal ***for want of prosecution***. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Opinion delivered June 25, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JUNE 25, 2014

NO. 12-14-00085-CV

**COWBOY'S RETAIL & WHOLESALE BEVERAGE DISTRIBUTION, LLC,
KYLE GILLIN AND GREAT AMERICAN TREATING, INC.,**
Appellants
V.
**PEGGYE DAVIS, JIM DAVIS, JAY DAVIS AND RICHARD L. RAY, TRUSTEE,**
Appellees

---

Appeal from the County Court at Law No 3

of Smith County, Texas (Tr.Ct.No. 60,086-B)

---

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*